NORTH AMERICAN FACTORS CORP., Respondent, *v.* MOTTY EITINGON, INC., Appellant, et al., Defendants.

Argued November 24, 1952; decided January 15, 1953.

*Arnold A. Jaffe* for appellant.
*William M. Kahn* and *David W. Kahn* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.